**WO** JKM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Horacio Figueroa Medina,          ) | No. CV 07-1178-PHX-SMM (JJM) |
| Petitioner,          ) | **ORDER** |
| vs.          ) | |
| Charles Gilkey,          ) | |
| Respondent.          ) | |

Petitioner Horacio Figueroa Medina (39437-008) filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The Court dismissed the Petition with leave to file an amended petition. Petitioner subsequently filed an Amended Petition. The Court will dismiss the Amended Petition and this action without prejudice.

**I.     Background**

On October 20, 1997, Petitioner was sentenced to 30 months of imprisonment and 3 years of supervised release upon his plea of guilty to one count of illegal reentry in violation of 8 U.S.C. § 1326(a). See U.S. v. Figueroa-Medina, CR 97-0658-TUC-JMR (D. Ariz. judgment entered Oct. 20, 1997). On December 1, 2000, Petitioner was sentenced to 8 months of imprisonment and 2 years of supervised release upon his plea of guilty to one count of possession with intent to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D). See U.S. v. Figueroa-Medina, CR 00-0243-TUC-JMR (D. Ariz. judgment entered Dec. 1, 2000). Also on December 1, 2000, Petitioner was sentenced 57 months of

1 imprisonment and 2 years fo supervised release upon his plea of guilty to one count of illegal
2 reentry in violation of 8 U.S.C. § 1326(a).  See U.S. v. Figueroa-Medina, CR 00-1322-TUC-
3 JMR (D. Ariz. judgment entered Dec. 1, 2000).  Petitioner's sentence in CR 00-1322 was to
4 run concurrent to his sentence in CR 00-0243 and consecutive to the 8 months of
5 imprisonment to which Petitioner was sentenced upon the revocation of his supervised
6 release in CR 97-0658.  See Id.

7    On March 8, 2006, Petitioner was indicted on one count of reentry after deportation
8 in violation of 8 U.S.C. § 1326.  See U.S. v. Figueroa-Medina, CR 06-0467-TUC-RCC
9 (GEE) (D. Ariz. indictment entered Mar. 8, 2006).  The indictment charges that Petitioner
10 was found in the United States on February 10, 2006, after having been deported from the
11 United States on March 28, 2005.  Id.  Petitioner's federal criminal prosecution is currently
12 stayed pending a determination of his competency to stand trial.  Id. at Doc. #62.

13 **I.    Petition**

14    In his Petition for Writ of Habeas Corpus, Petitioner argues that his deportation in
15 March of 2005 was improper because he was not given a hearing before an immigration
16 judge, he was not represented by counsel, he was denied the right to apply for relief from
17 deportation, and he was not competent to sign any immigration papers.  Petitioner also argues
18 that he has the "right to attack the Deportation/Reinstatement" under 8 U.S.C. § 1326(d).
19 Amended Petition, Doc. #6 at 8.

20 **II.   Discussion**

21    Under the REAL ID Act of 2005, the district courts no longer have habeas corpus
22 jurisdiction to review an order of removal.  8 U.S.C. § 1252(a)(5) ("Notwithstanding any
23 other provision of law . . ., including section 2241 of Title 28, or any other habeas corpus
24 provision, . . a petition for review filed with an appropriate court of appeals . . . shall be the
25 sole and exclusive means for judicial review of an order of removal . . . .").  Although 8
26 U.S.C. § 1326(d) authorizes an alien to challenge a deportation order in limited
27 circumstances, such challenge must be brought "[i]n a criminal proceeding under . . . section"
28 1326.  8 U.S.C. § 1362(d).  Accordingly, this action will be dismissed without prejudice to

1   permit Petitioner to assert his claims through his appointed counsel in his pending federal
2   criminal prosecution in U.S. v. Figueroa-Medina, CR 06-0467-TUC-RCC (GEE).
3       Accordingly,
4       **IT IS HEREBY ORDERED** that the Amended Petition (Doc. #6) and this action are
5   **DISMISSED** without prejudice.  The Clerk of Court must enter judgment accordingly.
6       DATED this 20th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge